**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HUGHES, DAVID J | ) | |
| HUGHES, DEBORAH S. | ) | CASE NO. 07-14180 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:    U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Room 140
> Geneva, IL  60134
>
> on:    **July 17, 2008**
> at:    **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

   a. Receipts                                   $            4,001.14

   b. Disbursements                          $                 0.00

   c. Net Cash Available for Distribution    $            4,001.14

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $    1,000.29 | $ |

JOSEPH R. VOILAND                    $                      $                    $      405.50
Trustee

5.    In addition to the fees and expenses of administration listed above as may be
      allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be
      any dividend to general unsecured creditors.  The priority dividend is anticipated to
      be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.    Claims of general unsecured creditors totaling $24,281.70, have been allowed and
      will be paid *pro rata* only after all allowed administrative and priority claims have
      been paid in full.  The general unsecured dividend is anticipated to be $10.69%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 205.57 | $ 21.97 |
| 2 | Recovery Management Systems Corporation | $ 4,236.58 | $ 452.83 |
| 3 | TARGET NATIONAL BANK | $ 1,046.35 | $ 111.84 |
| 4 | US Bank / Retail Payment Solutions? | $ 1,501.47 | $ 160.48 |
| 5 | Household Finance Corporation Beneficial | $ 9,935.34 | $ 1,061.94 |
| 6 | Recovery Management Systems Corporation | $ 7,356.39 | $ 786.29 |

7.    Proposed dividends are approximations.  Actual dividends may differ due to interest
      accrual, fee reductions, or as ordered by the Court.

8.    The Trustee's Final Report and all applications for compensation are available for
      inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal
      Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be
      viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the
      Court will act on the fee application(s) and the Trustee may pay dividends pursuant
      to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.    Debtors have not been discharged.

10.   The Trustee proposed to abandon the following property at the hearing:

Checking Account (Washington Mutual) - $1,000.00; Checking Account (Business – Washington Mutual) - $500.00; Household Goods - $1,200.00; Wearing Apparel – $600.00; Life Insurance (Term) - $0.00; Life Insurance (Farmers) - $0.00; IRA - $40,000.00; Stock (Qualitek Tools) - $0.00; Acct. Rec. (Qualitek Tools) – $4,000.00; 2002 Honda CRV - $10,000.00; 1997 Accura CL - $4,510.00; 1994 Chevy S-10 - $1,310.00; Tools - $2,000.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of Inconsequential value to the estate.

Dated:   **June 10, 2008**                           For the Court,


By:   **KENNETH S. GARDNER**
        Kenneth S. Gardner
        Clerk of the United States Bankruptcy Court
        219 S. Dearborn Street, 7th Floor
        Chicago, IL  60604