**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HUGHES, DAVID J | ) | |
| HUGHES, DEBORAH S. | ) | CASE NO. 07-14180 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          Kane County Courthouse
          100 S. 3rd Street, Room 140
          Geneva, IL  60134

    on:   **July 17, 2008**
    at:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                $         4,001.14

    b. Disbursements                           $             0.00

    c. Net Cash Available for Distribution     $         4,001.14

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $   1,000.29 | $ |

| | | | |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ | $ 405.50 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $24,281.70, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $10.69%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 205.57 | $ 21.97 |
| 2 | Recovery Management Systems Corporation | $ 4,236.58 | $ 452.83 |
| 3 | TARGET NATIONAL BANK | $ 1,046.35 | $ 111.84 |
| 4 | US Bank / Retail Payment Solutions? | $ 1,501.47 | $ 160.48 |
| 5 | Household Finance Corporation Beneficial | $ 9,935.34 | $ 1,061.94 |
| 6 | Recovery Management Systems Corporation | $ 7,356.39 | $ 786.29 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account (Washington Mutual) - $1,000.00; Checking Account (Business – Washington Mutual) - $500.00; Household Goods - $1,200.00; Wearing Apparel – $600.00; Life Insurance (Term) - $0.00; Life Insurance (Farmers) - $0.00; IRA - $40,000.00; Stock (Qualitek Tools) - $0.00; Acct. Rec. (Qualitek Tools) – $4,000.00; 2002 Honda CRV - $10,000.00; 1997 Accura CL - $4,510.00; 1994 Chevy S-10 - $1,310.00; Tools - $2,000.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of Inconsequential value to the estate.

Dated:   **June 10, 2008**                              For the Court,

                                                            By:   **KENNETH S. GARDNER**
                                                                 Kenneth S. Gardner
                                                                 Clerk of the United States Bankruptcy Court
                                                                219 S. Dearborn Street, 7th Floor
                                                                Chicago, IL  60604

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

-4180   Doc 35   Filed 06/10/08   Entered 06/13/08 00:32:01   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1           Date Rcvd: Jun 10, 2008
Case: 07-14180                Form ID: pdf002            Total Served: 29

The following entities were served by first class mail on Jun 12, 2008.
db          +David J Hughes,    1133 Geneva Drive,    Geneva, IL 60134-3468
jdb         +Deborah S. Hughes,    1133 Geneva Drive,    Geneva, IL 60134-3468
aty         +David Chang,    Chang & Carlin, LLP,    1305 Remington Road,    Suite C,    Schaumburg, IL 60173-4820
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11530521   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: American Honda Finance,     2170 Point Blvd Ste 100,    Elgin, IL 60123)
11530522    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
11530523    +Bank One,    Po Box 901039,    Fort Worth, TX 76101-2039
11530524    +Beneficial/household Finance,    Po Box 1547,    Chesapeake, VA 23327-1547
11530525    +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11530526    +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
11530527    +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
11530528    +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
11530530    +Gemb/ge Money Loc,    Po Box 30762,    Salt Lake City, UT 84130-0762
11530531    +Gemb/lowes Dc,    Po Box 981416,    El Paso, TX 79998-1416
11530532     Hfc-ta,    2700 Sanders Road,    Skokie, IL 60076
12053277     Household Finance Corporation Beneficial,     by eCAST Settlement Corporation,    as its agent,
              POB 35480,    Newark NJ 07193-5480
11530533    +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
11530534    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
11530535    +Northland Group,    P.O. Box 390846,    Minneapolis, MN 55439-0846
11530536    +Susquehanna Commercial Finance,    1566 Medical Drive,    #201,    Pottstown, PA 19464-3229
11861003    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
11530537    +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
11933951    +US Bank / Retail Payment Solutions?,    PO Box 5229,    Cincinnati, OH 45201-5229
11530538    +Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125-6200
11530539    +Wffinance,    454 Reddington Dr Ste H,    South Elgin, IL 60177-2282

The following entities were served by electronic transmission on Jun 11, 2008.
11530529    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2008 07:01:09      Gemb/gap,    Po Box 981400,
              El Paso, TX 79998-1400
11851358    +E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2008 07:17:17
              Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWE'S PLATINUM VISA,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11851355    +E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2008 07:17:17
              Recovery Management Systems Corporation,    For GE Money Bank,    dba GAP,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12076046    +E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2008 07:17:16
              Recovery Management Systems Corporation,    For GE Money Bank,    dba GE MONEY LOC,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2008**          **Signature:** *Joseph Speetjens*